FILED

UNITED STATES DISTRICT COURT AUG - 1  PM 12: 28
MIDDLE DISTRICT OF FLORIDA
US DISTRICT COURT
FORT MYERS DIVISION CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v.                                              CASE NO.  2:19-cr-118-FtM-38MRM
                                                18 U.S.C. § 2237(a)(1)

EMERY MOREL LORENZO

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 29, 2019, on a vessel of the United States and subject

to the jurisdiction of the United States, in the Middle District of Florida and

elsewhere, the defendant,

EMERY MOREL LORENZO,

being the master, operator, and person in charge of such vessel, did knowingly fail

to obey an order by an authorized Federal law enforcement officer to heave to

that vessel.

In violation of 18 U.S.C. § 2237(a)(1).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Simon R. Eth
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

## UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

EMERY MOREL LORENZO

### INDICTMENT

Violations: 18 U.S.C. § 2237(a)(1).

A true bill,

_____
Foreperson

Filed in open court this 1st day

of August, 2019.

_____
Clerk

Bail $_____