# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                               2:19-cr-118-SPC-NPM

EMERY MOREL LORENZO

## ORDER

Under the guise of a motion for clarification, Defendant Emery Morel Lorenzo asks us to reconsider a prior order (Doc. 77) denying his request for written confirmation that his term of supervised release has expired. Quoting and citing the governing statute, 18 U.S.C. § 3624(e), we explained that—because he has remained incarcerated since his February 2021 sentencing—his term of supervised release has yet to begin. Lorenzo does not suggest that this statute does not apply, nor does he refer to any new facts or intervening change in the law. Thus, he does not present any grounds for reconsideration. But as a courtesy, we will send Lorenzo a copy of the judgment in this matter, which states: "Upon release from imprisonment, you will be on supervised release for a term of 3-YEARS."

While Lorenzo's motion (Doc. 78) is **DENIED**, the clerk is directed to include a copy of the judgment (Doc. 73) when sending a copy of this order to him.

**ORDERED** on June 20, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge